People v Roberts (2026 NY Slip Op 00855)

People v Roberts

2026 NY Slip Op 00855

Decided on February 17, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 17, 2026

Before: Manzanet-Daniels, J.P., Kapnick, Pitt-Burke, Higgitt, Rosado, JJ. 

Ind. No. 851/18|Appeal No. 5820|Case No. 2020-01212|

[*1]The People of the State of New York, Respondent,
vParis Roberts, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Samuel Claflin of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Marsha D. Michael, J.), rendered December 18, 2019, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a term of 3½ years, to be served concurrently with terms to which he was sentenced under two separate indictments, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 17, 2026